1  JUSTIN A. PALMER, ESQ. [SBN. 270857]
2  **FILER | PALMER, LLP**
   249 East Ocean Boulevard, Suite 501
3  Long Beach, CA 90802
   Phone:      (562) 304-5200
4  Facsimile:  (562) 394-0504
5
6  Counsel for Plaintiff,
   JULIAN GUTIERREZ
7

JS-6

8              **UNITED STATES DISTRICT COURT**
9
10            **CENTRAL DISTRICT OF CALIFORNIA**

11  JULIAN GUTIERREZ,                    Case No. 18-cv-00781-KS
                                          *[Assigned to Hon. Judge Karen L.*
12              Plaintiff,                *Stevenson]*
13       vs.                              ~~[PROPOSED]~~ ORDER ON
                                          STIPULATION FOR VOLUNTARY
14  OFFICER A. MORA (Serial No.:          DISMISSAL WITH PREJUDICE
    607); OFFICER DIAZ (Serial No.:
15  669); OFFICER MONTIERETH              Fed. R. Civ. P. 41(a)(1)(A)(ii)
    (Serial No.: 621); CITY OF WEST
16  COVINA; OFFICER BOWMAN
    (Serial No. 418); OFFICER MILLER      Trial Date: July 21, 2020
17  (Serial No.385); OFFICER MELYNK       Action Filed: January 30, 2018
    (Serial No. 423); OFFICER DEL
18  HARO (Serial No. 399); OFFICER
    FREEMAN (Serial No. 381); and
19  DOES 1-10 inclusive
20
21              Defendants.
22
23
24
25
26
27
28

p-[prop]order(dismissal).jap.docx                    i

**[PROPOSED] ORDER ON STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

FILER|PALMER, LLP
249 East Ocean Boulevard, Suite 501
Long Beach, CA 90802
Telephone (562) 304-5200

On July 21, 2020, the parties filed a joint stipulation dismissing this action with prejudice and with each party bearing its own costs and attorneys' fees. In light of the parties stipulation, this action is terminated pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED

Dated: July 22, 2020

Hon. Karen L. Stevenson
United States Magistrate Judge

FILER|PALMER, LLP
249 East Ocean Boulevard, Suite 501
Long Beach, CA 90802
Telephone (562) 304-5200

p-[prop]order(dismissal).jap.docx

i

**[PROPOSED] ORDER ON STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**